UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>ALLSTAR_PLACE, AMGARI66, AT-BENADO, AYESMADUSANK_0, BABY_HOME29, BARDUGO007, BINARA_ONLINESTORE, BLOOMSTORE-24, BUSY-SALES-4U, CENGANMEN663, CHANIZSHOP, CIGOLTFOS_HOLDING, CITY_CEYLON, D_WHITE_STORE, DINU_SUPPLIERS, DREAMSTORE-3, ECTREND984, ELOUKILI_STORE, ENTERSHOP1320, ERANGAONLINEMART98, FENFATUQIANG7788, GAMAGEE-SHOP, HNIA22, ISURU2009, KETTY_LAVI, KNICKKNACK_MART, LIYACHAN, MOHLAB_86, POWER_STORE98, PRINCE_N, REAF_59, SANDARU_E-MART, SERANDIB_CHOICE1992, SHAN1999-9, SHOP_FOR_LIFE_ELFE, SHOPI_MART, SPICE_TECH1, SPIROIA_208198, TC_KNIGHT , THISBUY, TOYMAX_20, TRAFFICZ, TUR68-STORE, USA*DEALS1, XUZHIJIESTORE-1, Z_AND_C-SHOP, ZINE8893 and ZONDZON-STORE,<br><br>*Defendants* | 21-cv-5856 (LJL)<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER** |

WHEREAS, the Temporary Restraining Order entered on August 5, 2021 and extended on August 18, 2021 (the "TRO") is set to expire on September 2, 2021;

WHEREAS, the Court, after the telephonic hearing on September 2, 2021, took the motion for a preliminary injunction under advisement;

1

WHEREAS, the Court has found just cause for granting a fourteen (14) day extension of the TRO;

NOW THEREFORE, the Court orders that the TRO entered on August 5, 2021 and extended on August 18, 2021 be extended for fourteen (14) days, until September 16, 2021.

Plaintiff is ordered to serve a copy of this Order on Defendants.

**SO ORDERED.**

                                              HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

Date: September 2, 2021
      New York, NY