UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>ALLSTAR_PLACE, AMGARI66, AT-BENADO, AYESMADUSANK_0, BABY_HOME29, BARDUGO007, BINARA_ONLINESTORE, BLOOMSTORE-24, BUSY-SALES-4U, CENGANMEN663, CHANIZSHOP, CIGOLTFOS_HOLDING, CITY_CEYLON, D_WHITE_STORE, DINU_SUPPLIERS, DREAMSTORE-3, ECTREND984, ELOUKILI_STORE, ENTERSHOP1320, ERANGAONLINEMART98, FENFATUQIANG7788, GAMAGEE-SHOP, HNIA22, ISURU2009, KETTY_LAVI, KNICKKNACK_MART, LIYACHAN, MOHLAB_86, POWER_STORE98, PRINCE_N, REAF_59, SANDARU_E-MART, SERANDIB_CHOICE1992, SHAN1999-9, SHOP_FOR_LIFE_ELFE, SHOPI_MART, SPICE_TECH1, SPIROIA_208198, TC_KNIGHT, THISBUY, TOYMAX_20, TRAFFICZ, TUR68-STORE, USA*DEALS1, XUZHIJIESTORE-1, Z_AND_C-SHOP, ZINE8893 and ZONDZON-STORE,<br><br>*Defendants* | 21-cv-5856 (LJL)<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER** |

WHEREAS, the Temporary Restraining Order entered on August 5, 2021 and extended on August 18, 2021 and September 2, 2021 (the "TRO") is set to expire on September 15, 2021;

WHEREAS, the Court, after the telephonic hearing on September 2, 2021, took the motion for a preliminary injunction under advisement;

1

WHEREAS, the Court has found just cause for granting a fourteen (14) day extension of the TRO;

NOW THEREFORE, the Court orders that the TRO entered on August 5, 2021 and extended on August 18, 2021 and on September 2, 2021 be extended for fourteen (14) days, until September 30, 2021.

Plaintiff is ordered to serve a copy of this Order on Defendants.

**SO ORDERED.**

_____
HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

Date: September 15, 2021
   New York, NY