UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC, <br><br> *Plaintiff* <br><br> v. <br><br> ALLSTAR_PLACE, AMGARI66, AT-BENADO, AYESMADUSANK_0, BABY_HOME29, BARDUGO007, BINARA_ONLINESTORE, BLOOMSTORE-24, BUSY-SALES-4U, CENGANMEN663, CHANIZSHOP, CIGOLTFOS_HOLDING, CITY_CEYLON, D_WHITE_STORE, DINU_SUPPLIERS, DREAMSTORE-3, ECTREND984, ELOUKILI_STORE, ENTERSHOP1320, ERANGAONLINEMART98, FENFATUQIANG7788, GAMAGEE-SHOP, HNIA22, ISURU2009, KETTY_LAVI, KNICKKNACK_MART, LIYACHAN, MOHLAB_86, POWER_STORE98, PRINCE_N, REAF_59, SANDARU_E-MART, SERANDIB_CHOICE1992, SHAN1999-9, SHOP_FOR_LIFE_ELFE, SHOPI_MART, SPICE_TECH1, SPIROIA_208198, TC_KNIGHT , THISBUY, TOYMAX_20, TRAFFICZ, TUR68-STORE, USA*DEALS1, XUZHIJIESTORE-1, Z_AND_C-SHOP, ZINE8893 and ZONDZON-STORE, <br><br> *Defendants* | **21-cv-5856 (LJL)** <br><br><br> **ORDER EXTENDING TEMPORARY RESTRAINING ORDER** |

WHEREAS, the Temporary Restraining Order entered on August 5, 2021 and extended

on August 18, 2021, September 2, 2021, and September 15, 2021 (the "TRO") is set to expire on

September 30, 2021;

WHEREAS, the Court, after the telephonic hearing on September 2, 2021, took the motion

for a preliminary injunction under advisement;

1

WHEREAS, the Court has found just cause for granting a fourteen (14) day extension of the TRO;

NOW THEREFORE, the Court orders that the TRO be extended for fourteen (14) days, until October 14, 2021.

Plaintiff is ordered to serve a copy of this Order on Defendants.

**SO ORDERED.**

_____
HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

Date: September 30, 2021
     New York, NY

2