```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/22/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ALLSTAR MARKETING GROUP, LLC                  :
:
                    Plaintiff,                :
:                      21-cv-5856 (LJL)
        -v-                                   :
:                           ORDER
ALLSTAR_PLACE, et al.,                        :
:
                    Defendants.               :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

   The Court has received the notice of voluntary dismissal as to Defendant amgari66, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Dkt. No. 36.  Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will dismiss the complaint as against Defendant amgari66 with prejudice and with each party to bear their own costs and fees.

   The Clerk of Court is respectfully directed to terminate Defendant amgari66.

   SO ORDERED.

Dated: November 22, 2021                        _____
       New York, New York                              LEWIS J. LIMAN
                                                    United States District Judge