UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ALLSTAR MARKETING GROUP, LLC,                        :
:
Plaintiff,              :
:           21-cv-5856 (LJL)
-v-                          :
:               ORDER
ALLSTAR_PLACE, *et al.*,                                     :
:
Defendants.             :
:
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2022

LEWIS J. LIMAN, United States District Judge:

The Court has received the proposed notice of voluntary dismissal as to Defendants allstar_place, bardugo007, dreamstore-3, kitty_lavi, reaf_59, thisbuy, and tur68-store, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Dkt. No. 38.  Rule 41 addresses dismissal of actions rather than dismissal of parties.  Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will dismiss the complaint as against Defendants allstar_place, bardugo007, dreamstore-3, kitty_lavi, reaf_59, thisbuy, and tur68-store with prejudice and with each party to bear their own costs and fees.

The Clerk of Court is respectfully directed to terminate Defendants allstar_place, bardugo007, dreamstore-3, kitty_lavi, reaf_59, thisbuy, and tur68-store.

SO ORDERED.

Dated: January 13, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge