```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
ALLSTAR MARKETING GROUP, LLC,                                   :
                                                                :
                         Plaintiff,                             :
                                                                :     21-cv-5856 (LJL)
         -v-                                                    :
                                                                :          ORDER
ALLSTAR_PLACE, et al.,                                          :
                                                                :
                         Defendants.                            :
                                                                :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/04/2022

LEWIS J. LIMAN, United States District Judge:

      Pursuant to the certificate of service at Dkt. No. 42, the time for Defendants to answer has expired.  Plaintiff is directed to file any motions for default judgment by June 3, 2022.

      SO ORDERED.

Dated: April 4, 2022  
      New York, New York

                                                          LEWIS J. LIMAN  
                                                 United States District Judge