

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

March 1, 2023

**VIA ECF**
Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> ORDER: The requested extension to file a new motion for default judgment is GRANTED. Any opposition shall be filed by April 4, 2023. A default judgment hearing is scheduled for April 11, 2023 at 11:00am. The hearing will be held remotely by telephone and parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.
>
> Plaintiff is directed to serve this Order on the defendants.
> Date: 3/2/2023
>
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

    **Re:** *Allstar Marketing Group, LLC v. Allstar_Place, et al.*
          **Case No. 21-cv-5856 (LJL)**
          <u>**Request for Extension of Time to File New Motion for Default Judgment**</u>

Dear Judge Liman,

    We represent Plaintiff Allstar Marketing Group, LLC ("Plaintiff"), in the above-referenced matter (the "Action").[1] On February 1, 2023, the Court entered an Order denying Plaintiff's motion for default judgment without prejudice to renewal ("February 1, 2023 Order"). (Dkt. 52). The February 1, 2023 Order directed Plaintiff to file an amended complaint or submit a new motion for default judgment within 30 days, i.e. by March 3, 2023. Plaintiff respectfully submits the instant letter to request an extension of time, until March 22, 2023, to file a new motion for default judgment. In accordance with Your Honor's Individual Practices in Civil Cases, Plaintiff respectfully submits the following:

1. **Original date:** March 3, 2023
2. **The number of previous requests for adjournment or extensions of time:** None, this is Plaintiff's first request for an extension of time to file its new motion for default judgment.
3. **Whether these previous requests were granted or denied:** N/A.
4. **Whether the opposing parties consent:** All of the Defendants in this action are currently in default, thus Plaintiff did not seek their consent.
5. **The date of the parties' next scheduled appearance before the Court:** There are no scheduled appearances before the Court.

    We thank the Court for its time and attention to this matter.

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.

        Respectfully submitted,

        **EPSTEIN DRANGEL LLP**

        BY: /s/ Danielle S. Futterman
        Danielle S. Futterman
        dfutterman@ipcounselors.com
        60 East 42nd Street, Suite 1250
        New York, NY 10165
        Telephone: (212) 292-5390
        Facsimile: (212) 292-5391
        *Attorneys for Plaintiff*

